# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO GALINDO-GIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00137-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE CONFIDENTIAL LETTER BRIEF<br><br>(ECF No. 11) |

On July 9, 2019, the parties filed a stipulation extending the time for Plaintiff to serve a confidential letter brief by thirty days. (ECF No. 11.)

Pursuant to the stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff's confidential letter brief shall be served on or before August 12, 2019;
2. Defendant's confidential letter brief shall be served on or before September 16, 2019;
3. If the parties stipulate to a remand to the Commissioner, the stipulation shall be filed on or before October 1, 2019;
4. If the parties do not agree to a remand, Plaintiff's opening brief shall be filed on or before October 16, 2019;
5. Defendant's responsive brief shall be filed on or before November 15, 2019; and

///

1

6. Plaintiff's reply, if any, shall be filed on or before December 2, 2019.

IT IS SO ORDERED.

Dated: **July 9, 2019**

_____
UNITED STATES MAGISTRATE JUDGE