| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL, CA 230138<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELLINOR R. CODER, CA 258258 |
| 4 | Special Assistant United States Attorney<br>160 Spear Street, Suite 800 |
| 5 | San Francisco, California 94105<br>Telephone: (415) 977-8955 |
| 6 | Facsimile: (415) 744-0134<br>E-Mail: Ellinor.Coder@ssa.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROCIO GALINDO-GIL,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:19-cv-00137-SAB<br><br>ORDER RE STIPULATION FOR<br>VOLUNTARY REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>AND ENTRY OF JUDGMENT<br><br>(ECF No. 16) |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to

STIPULATION TO REMAND

enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 16th day of September 2019.

*/s/ Jonathan O. Pena\**
JONATHAN O. PENA
Attorney for Plaintiff
*\*Authorized by email on Sept. 16, 2019*

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand.

2. Judgment is entered in favor of Plaintiff Rocio Galindo-Gil and against Defendant Commissioner of Social Security.

3. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: **September 16, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND