# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ROCIO GALINDO-GIL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00137-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d)<br><br>(ECF No. 19) |

On December 12, 2019, a stipulation to award attorney fees the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) was filed in this action.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of five thousand, six hundred and sixty-seven dollars, and 00/93 ($5,667.93) are awarded for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action pursuant to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **December 12, 2019**

UNITED STATES MAGISTRATE JUDGE